RECEIVED
IN MONROE, LA
JUL 7 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WALTER J. WATERS, JR. | CIVIL ACTION NO. 08-0462 |
| VS. | SECTION P |
| UNITED STATES OF AMERICA | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* be **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 7 day of July, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE